UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIA CHAVEZ,<br><br>    Defendant. | Case No. CR05-281-JLR<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 10, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Susan M. Roe, and defendant was represented by Bruce David Erickson. Also present was U.S. Probation Officer Kathi Jo Stringer. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on February 27, 2006, by the Honorable James L. Robart for Distribution of Methamphetamine. She received 37months of detention and 4 years of supervised release.

Ms. Chvez' term of release began on December 3, 2008, when she was released to Immigration and Customs Enforcement (ICE). She was subsequently deported to Mexico on

December 31, 2008.  Ms. Chavez' term of supervised release is scheduled to expire on December 2, 2011.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated December 20, 2010, U.S. Probation Officer Kathi Jo Stringer, alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of Illegal Reentry After Deportation, on or before December 14, 2010, in violation of the general condition that she not commit another federal, state, or local crime.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on February 7, 2011 at 9:30 a.m. before District Judge James L. Robart.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 10th day of January, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge